■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEKSANDER DIKSHTEYN, Appellant. [908 NYS2d 882]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Henry, J.), rendered January 4, 2008, convicting him of attempted criminal contempt in the second degree and harassment in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

There is no merit to the defendant's contention that he was deprived of his right to present a defense as a result of the Supreme Court's refusal to grant him a further adjournment to secure the continued testimony of a witness. Any evidence that the defendant could have elicited from that witness would have been cumulative of evidence already elicited from three other defense witnesses (see *People v Jackson*, 41 AD3d 498, 499 [2007]; *People v Mertens*, 97 AD2d 595, 596 [1983]). Rivera, J.P., Angiolillo, Chambers and Austin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GIBSON, Appellant. [908 NYS2d 881]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 10, 1999 (*People v Gibson*, 261 AD2d 484 [1999]), affirming a judgment of the Supreme Court, Kings County, rendered December 8, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see *Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.